EQUITABLE SURETY COMPANY ET AL. *v.* STATE OF
INDIANA ON THE RELATION OF THE NATIONAL
BRIDGE COMPANY.

[No. 10,037.   Filed November 26, 1919.]

From Marion Superior Court (100,505) ; *Linn D. Hay,* Judge.

Action by the State of Indiana on the relation of the National
Bridge Company against the Equitable Surety Company and
another.   From a judgment for plaintiff, the defendants appeal.
*Affirmed.*

*Major A. Downing,* for appellants.
*Russell T. MacFall,* for appellee.

REMY, J.—The questions involved in this appeal have, by this
court, been decided adversely to appellant's contention in *Title
Guaranty, etc., Co.* v. *State, ex rel.* (1916), 61 Ind. App. 268, 109
N. E. 237, 111 N. E. 19; *Illinois Surety Co.* v. *State, ex rel.* (1919),
69 Ind. App. 450, 122 N. E. 30; and *Equitable Surety Co., etc.* v.
*Indiana Fuel Supply Co.* (1919), 70 Ind. App. 75, 123 N. E. 22, and,
on the authority of said cases, judgment is affirmed.

---

PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS
RAILWAY COMPANY *v.* MILLER.

[No. 10,096.   Filed December 19, 1919.]

From Clark Circuit Court; *James W. Fortune,* Judge.

Action by William H. Miller against the Pittsburgh, Cincinnati,
Chicago and St. Louis Railway Company.   From a judgment for
plaintiff, the defendant appeals.   *Reversed.*

*M. Z. Stannard* and *Jonas G. Howard,* for appellant.
*T. H. Stradley, George C. Kopp* and *Burdette C. Lutz,* for appellee.

McMAHAN, J.—The questions necessary to the decision of this
case are the same as those decided in *Pittsburgh, etc., R. Co.* v.
*Marable* (1920), 189 Ind. 278, 126 N. E. 849, and on the authority
of that case this case is reversed, with instructions to sustain the
motion of appellant for a judgment in its favor notwithstanding
the general verdict.